JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENIGNO CONTRERAS,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF RIVERSIDE, RIVERSIDE SHERIFF'S DEPARTMENT, CHAD BIANCO, in his individual and official capacity, DEPUTY VALDIVIAS, DEPUTY McBRIDE, and DEPUTY KIM and DOES 4-10, inclusive,<br><br>    Defendants. | No. 5:20-cv-00561-JAK (SHKx)<br><br>**ORDER RE STIPULATION AND JOINT REQUEST FOR ORDER DISMISSING PLAINTIFF'S CLAIMS AND ENTIRE CIVIL ACTION WITH PREJUDICE (DKT. 27)** |

Based on a review of the Stipulation and Joint Request for Order Dismissing Plaintiff's Claims and entire Civil Action with Prejudice (the "Stipulation" (Dkt. 27)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED** as follows:

1. All of Plaintiff's claims against Defendants COUNTY OF RIVERSIDE (erroneously named as both COUNTY OF RIVERSIDE and RIVERSIDE SHERIFF'S DEPARTMENT), CHAD BIANCO, DEPUTY VALDIVIAS, DEPUTY McBRIDE, AND DEPUTY KIM are hereby dismissed with prejudice.

2. To the extent that Plaintiff alleges any other claims against any other parties or DOES in this action, any and all such claims and causes of action are hereby dismissed with prejudice.

3. This entire action, including all claims by Plaintiff against any and all defendants, DOES and/or parties thereto, including all claims against any parties to the above entitled lawsuit, is hereby dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated: November 19, 2020

_____
John A. Kronstadt
United States District Judge